Form B5 (6/90)                    **FORM 5. INVOLUNTARY PETITION**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of debtor - if Individual, enter Last, First, Middle)<br>Phage Biotechnology Corporation | ALL OTHER NAMES used by the debtor in the last 6 years (include married, maiden, and trade names): |

SOC. SEC./TAX I.D. NO. (if more than one, state all):

| STREET ADDRESS OF DEBTOR (No. & Street, City, State, & Zip Code):<br>6868 Nancy Ridge Drive, Suite A<br>San Diego, CA 92121 | MAILING ADDRESS OF DEBTOR (if different from street address):<br>1635 Village Center Circle, Suite 260<br>Las Vegas, NV 89134 |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS:<br>SAN DIEGO | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses):

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING THE DEBTOR (Check if applicable boxes)

Petitioners believe
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (Complete sections A and B)

TYPE OF DEBTOR
☐ Individual          ☐ Corporation Publicly Held
☐ Partnership      ☒ Corporate Not Publicly Held
☐ Other_____

A. TYPE OF BUSINESS (Check one)
☐ Professional     ☐ Transportation      ☐ Commodity Broker
☐ Retail/wholesale  ☐ Manufacturing/   ☐ Construction
☐ Railroad              Mining                   ☐ Real Estate
                              ☐ Stockbroker        ☒ Other Drug development company

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of 180 days than in any other District

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br><br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian other than trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

123828

B5 (Official Form 5) (12/07) – Page 2          Name of Debtor __Phage Biotechnology Corporation__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ , Attorney-in-Fact | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Sergiy Buryak | |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich, Switzerland | Address: (949) 720-4100 |
| | Telephone No. |

| x _[signature]_ , Attorney-in-Fact | x _[signature]_ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| International Legal Consultants | Marc Winthrop, Winthrop Couchot Professional Corporation |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any): 660 Newport Center Dr., 4th Fl., Newport Beach, CA 92660 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich, Switzerland | Address: (949) 720-4100 |
| | Telephone No. |

| x _[signature]_ , Attorney-in-Fact | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Clifton Melvin | |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich, Switzerland | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sergiy Buryak, Apt. 236, Klinichna 23/25, Kiev, Ukraine 03110 | Expense reimb., director fees and money loaned w/ inter. | $2,423,532 |
| International Legal Consultants, P.O. Box 40992, Pearl Building Dubai, U.A.E. | Money Loaned, with Accrued Interest | $676,960 |
| Clifton Melvin, Argosy, Burtons Lane, Chalfont St Giles, Buckinghamshire, HP8 4BL, United Kingdom | Money Loaned, with Accrued Interest | $186,767 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor: Phage Biotechnology Corporation

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Simon Kornberg
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard C. Ritter, Attorney in Fact
Bahnhofstrasse 26, CH-8022 Zurich
Switzerland

x_____  Date_____
Signature of Attorney
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Jon Kornberg
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard C. Ritter, Attorney in Fact
Bahnhofstrasse 26, CH-8022 Zurich
Switzerland

x_____  Date_____
Signature of Attorney
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Forest Nominees Ltd.
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard C. Ritter, Attorney in Fact
Bahnhofstrasse 26, CH-8022 Zurich
Switzerland

x_____  Date_____
Signature of Attorney
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Simon Kornberg<br>2 Jalan Puteh Jerneh, Singapore 278026 | Money Loaned, with Accrued Interest | $29,452 |
| Jon Kornberg<br>2A, 12 Mount Kellet Road, The Peak, Hong Kong SAR | Money Loaned, with Accrued Interest | $293,911 |
| Forest Nominees Ltd.<br>P.O. Box 328, St. Peter Port, Guernsey, Chanel Islands, UK | Money Loaned, with Accrued Interest | $323,666 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_X_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 4        Name of Debtor Phage Biotechnology Corporation

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____, Attorney-in-Fact
Signature of Petitioner or Representative (State title)

x _____
Signature of Attorney                Date

Name of Petitioner: Shellac Limited        Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard C. Ritter, Attorney in Fact
Bahnhofstrasse 26, CH-8022 Zurich
Switzerland

Address

Telephone No.

---

x _____, Attorney-in-Fact
Signature of Petitioner or Representative (State title)

x _____
Signature of Attorney                Date

Name of Petitioner: Alex Catto        Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard C. Ritter, Attorney in Fact
Bahnhofstrasse 26, CH-8022 Zurich
Switzerland

Address

Telephone No.

---

x _____, Attorney-in-Fact
Signature of Petitioner or Representative (State title)

x _____
Signature of Attorney                Date

Name of Petitioner: Iain Little        Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard C. Ritter, Attorney in Fact
Bahnhofstrasse 26, CH-8022 Zurich
Switzerland

Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Shellac Limited, 2nd Floor, Sixty Circular Road, Douglas, Isle of Man, IM1 ISA, British Isles | Money Loaned, with Accrued Interest | $386,652 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Alex Catto 81 Kinnerton St., London, SW IX 8 ED, United Kingdom | Money Loaned, with Accrued Interest | $73,560 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Iain Little Pfarrgasse 36, 8704, Herrliberg, Switzerland | Money Loaned, with Accrued Interest | $14,745 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_X_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 5              Name of Debtor __Phage Biotechnology Corporation__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Colin Abraham

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | Richard C. Ritter, Attorney in Fact Bahnhofstrasse 26, CH-8022 Zurich Switzerland |

x _____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address

Telephone No.


x _____, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Pang Yen Chen

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | Richard C. Ritter, Attorney in Fact Bahnhofstrasse 26, CH-8022 Zurich Switzerland |

x _____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address

Telephone No.


x _____, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Colin MacNab

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | Richard C. Ritter, Attorney in Fact Bahnhofstrasse 26, CH-8022 Zurich Switzerland |

x _____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address

Telephone No.


**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Colin Abraham 35/14 Millar Crescent, Edinburgh, EH10 5HQ, United Kingdom | Money Loaned, with Accrued Interest | $72,981 |
| Pang Yen Chen Level 13, HSBC Main Building, 1 Queen's Road Central, HK SAR | Money Loaned, with Accrued Interest | $74,877 |
| Colin MacNab 28 Hermitage Gardens, Edinburgh, EH10, United Kingdom | Money Loaned, with Accrued Interest | $93,420 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 6          Name of Debtor  Phage Biotechnology Corporation

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x [signature] , Attorney-in-Fact<br>Signature of Petitioner or Representative (State title)<br>Robert & Katrina Chanson | x _____<br>Signature of Attorney                              Date |
| Name of Petitioner                           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich | Address |
| Signing in Representative Capacity: Switzerland | Telephone No. |
| x [signature] , Attorney-in-Fact<br>Signature of Petitioner or Representative (State title)<br>Lalique Holdings | x _____<br>Signature of Attorney                              Date |
| Name of Petitioner                           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich | Address |
| Signing in Representative Capacity: Switzerland | Telephone No. |
| x [signature] , Attorney-in-Fact<br>Signature of Petitioner or Representative (State title)<br>Fabio Pelli | x _____<br>Signature of Attorney                              Date |
| Name of Petitioner                           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich | Address |
| Signing in Representative Capacity: Switzerland | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Robert & Katrina Chanson<br>Ackersteinstrasse 45, 8049 Zurich, Switzerland | Nature of Claim<br>Money Loaned, with Accrued Interest | Amount of Claim<br>$29,441 |
| Name and Address of Petitioner<br>Lalique Holdings<br>35A Regent Street, Belize City, Belize | Nature of Claim<br>Money Loaned, with Accrued Interest | Amount of Claim<br>$75,286 |
| Name and Address of Petitioner<br>Fabio Pelli<br>Pflugsteinstrasse 67, CH-8703 Erlenbach, Switzerland | Nature of Claim<br>Money Loaned, with Accrued Interest | Amount of Claim<br>$74,949 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_X_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 7

Name of Debtor: Phage Biotechnology Corporation

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Russel Earl Wayne Lotherington
Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich, Switzerland

x _____
Signature of Attorney / Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Jonathan Bonsey
Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich, Switzerland

x _____
Signature of Attorney / Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Paul Murray
Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Richard C. Ritter, Attorney in Fact, Bahnhofstrasse 26, CH-8022 Zurich, Switzerland

x _____
Signature of Attorney / Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Russel Earl Wayne Lotherington<br>Allsorts Habit Creation, 2 Rue de Belgrade, 75007 Paris, France | Money Loaned, with Accrued Interest | $29,842 |
| Jonathan Bonsey<br>9 Taman Serasi, 0815 Botanic Graden View, Singapore 257720 | Money Loaned, with Accrued Interest | $72,064 |
| Paul Murray<br>501 Princes Building, Central, Hong Kong SAR | Money Loaned, with Accrued Interest | $117,652 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

X continuation sheets attached

B5 (Official Form 5) (12/07) – Page 8

Name of Debtor **Phage Biotechnology Corporation**

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_, Attorney-in-Fact
Signature of Petitioner or Representative (State title)
**Lindsey Fuller**

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | Richard C. Ritter, Attorney in Fact Bahnhofstrasse 26, CH-8022 Zurich Switzerland |

x_____
Signature of Attorney                                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney                                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney                                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lindsey Fuller 12 William Dixon Bay, Winnipeg, Manitoba, R2GBJ4, Canada | Money Loaned, with Accrued Interest | $30,470 |
| Name and Address of Petitioner | Money Loaned, with Accrued Interest | Amount of Claim |
| Name and Address of Petitioner | Money Loaned, with Accrued Interest | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims **$5,080,227**

_____ continuation sheets attached