MARC J. WINTHROP– State Bar No. 63218
CHARLES LIU – State Bar No. 190513
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
mwinthrop@winthropcouchot.com
cliu@winthropcouchot.com
General Insolvency Counsel
for Phage Biotechnology Corporation, Alleged Debtor

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PHAGE BIOTECHNOLOGY CORPORATION,<br><br>Alleged Debtor. | Case No. 08-09859-LA7<br>Involuntary Chapter 7 Proceeding<br><br>**DEBTOR'S MOTION/ELECTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11**<br><br>[No Hearing Set] |

**TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE:**

Phage Biotechnology Corporation, the Alleged Chapter 7 Debtor herein, pursuant to the provisions of §706 of the Bankruptcy Code, moves/elects to convert this Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code, as indicated on that certain Alleged Debtor's (1) Consent to Entry of Order for Relief; and (2) Election to Convert Chapter 7 Case to a Case Under Chapter 11 of the Bankruptcy Code, a true copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

DATED: October 27, 2008          **WINTHROP COUCHOT**
                                               **PROFESSIONAL CORPORATION**

                                               By: /s/ Marc Winthrop
                                                    Marc J. Winthrop
                                                    Charles Liu
                                                    [proposed] Attorneys for Debtor and
                                                    Debtor in Possession

# Exhibit "1"

| | |
|---|---|
| 1 | MARC J. WINTHROP– State Bar No. 63218 |
| | CHARLES LIU – State Bar No. 190513 |
| 2 | **WINTHROP COUCHOT** |
| | **PROFESSIONAL CORPORATION** |
| 3 | 660 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660 |
| 4 | Telephone: (949) 720-4100 |
| | Facsimile: (949) 720-4111 |
| 5 | mwinthrop@winthropcouchot.com |
| | cliu@winthropcouchot.com |
| 6 | Proposed Insolvency Counsel |
| | for Phage Biotechnology Corporation, |
| 7 | Alleged Debtor |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-09859-LA7 |
| | Involuntary Chapter 7 Proceeding |
| PHAGE BIOTECHNOLOGY | |
| CORPORATION, | **ALLEGED DEBTOR'S** |
| | **(1) CONSENT TO ENTRY OF ORDER FOR** |
| Alleged Debtor. | **RELIEF; AND** |
| | **(2) ELECTION TO CONVERT CHAPTER 7** |
| | **CASE TO A CASE UNDER CHAPTER 11** |
| | **OF THE BANKRUPTCY CODE** |
| | [No Hearing Set] |

**TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE:**

Phage Biotechnology Corporation, the Alleged Chapter 7 Debtor herein, hereby consents to the entry of an Order for Relief and, pursuant to the provisions of §706 of the Bankruptcy Code, elects to convert this Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code.

DATED: October 9, 2008          **PHAGE BIOTECHNOLOGY CORPORATION**

By: /s/ Prof. Dr. med. Th. Stegmann
Thomas J. Stegmann, MD, PhD
Chief Executive Officer

123997-v1.doc

## CERTIFICATE OF SERVICE

I, Viann Corbin, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; and my business address is 660 Newport Center Drive, Fourth Floor, Newport Beach, California 92660, in said County and State.

On October 27, 2008, I served the following document: DEBTOR'S MOTION/ELECTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11 on each of the interested parties as follows:

> Fax: (619) 557-5339
> United States Trustee
> 402 W. Broad Street., Suite 600
> San Diego, CA 92101

by the following means of service:

| ☒ | **BY FACSIMILE**: On the date set forth above, from Newport Beach, California, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above. To the best of my knowledge, the transmission was reported as complete, and no error was reported by the facsimile machine. A copy of the transmission record is maintained by our office. |
|---|---|
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation. Marc J. Winthrop is a member of the bar of this Court. |
| ☒ | **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct. |

Executed on October 27, 2008, at Newport Beach, California.

_/s/ Viann Corbin_
Viann Corbin