Form B6A
(10/05)

In re: . **Phage Biotechnology Corporation**           Case No. **08-09859-LA11**
                      Debtor                                                                                                  (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | $ | |
| | | Schedule Total | $ 0.00 | |

Page 1 of 1

MAINDOCS-#125347-v1-PhageScheduleA.DOC

Form B6B
(10/05)

In re: PHAGE BIOTECHNOLOGY CORPORAITON        Case No. **08-09859-LA11**
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | | Cash in banks | | $3,757.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | 72k deposit with lessor at 6868 Nancy Ridge Drive, SD, CA 92121, mfg space<br><br>93.429k deposit with lessor at 6828 Nancy Ridge Drive, SD CA 92121, R&D space | | $165,429.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | 0.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6. Wearing apparel. | X | | | 0.00 |
| 7. Furs and jewelry. | X | | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U>S>C> § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b). | X | | | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 45% interest in CPI, a foreign corp whose books of record Debtor has not been able to access or assess | | 0.00 |

MAINDOCS-#125250-v1-PhageScheduleB.DOC

Form B6B
(10/05)

In re: PHAGE BIOTECHNOLOGY CORPORAITON  
                                    Debtor

Case No. **08-09859-LA11**  
                 (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | 0.00 |
| 16. Accounts receivable. | | Trade Receivable with Cardiovascular Biotherapeutics | | $95,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | 0.00 |
| 20. Contingent or non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached schedule | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 24. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | 0.00 |
| 25. Customer lists or other compilations containing personally identifiable information (as defined in 11 U,S,C, § 101(411A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | 0.00 |
| 27. Aircraft and accessories. | X | | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | Office equipment consists of a Cisco phone system, misc desks, a copy machine, and various pc equipment and printers. Property located at 6868 Nancy Ridge Dr, SD CA 92121 and in storage locations, San Diego and Las Vegas, NV | | $30,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | R&D lab equipment in storage w NBV of 35k, San Diego Tenant Improvements of 80k, and SD mfg equipment w a NBV of 275k | | $390,000.00 |
| 30. Inventory. | X | | | 0.00 |

Form B6B
(10/05)

In re: PHAGE BIOTECHNOLOGY CORPORAITON
       Debtor

Case No. **08-09859-LA11**
         (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | 0.00 |
| 32. Crop - growing or harvested. Give particulars. | X | | | 0.00 |
| 33. Farming equipment and implements. | X | | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | Receivable other - due from lead placement agent, GHL | | $221,000.00 |
| | | | Total: | $905,186.00 |

# Schedule B
# Personal Property

# Question 22 schedule

The first table below represents patents issued in the United States to Phage, and the second and third tables pertain to U.S. and foreign patents that Phage Biotechnology Corporation shares with CardioVascular BioTherapeutics, Inc.

## U.S. Patents

| Holder | Patent | Patent Number/Application Number | Issue Date/Filing Date | Expiration |
|---|---|---|---|---|
| Phage Biotechnology Corporation | Kluyveromyces Strains Metabolizing Cellulosic and Hemicellulosis Materials | 7,344,876 | March 18, 2008 | January 16, 2024 |
| Phage Biotechnology Corporation/BiopolyMed, Inc. | Biologically active material conjugated with biocompatible polymer with 1:1 complex, preparation method thereof and pharmaceutical composition comprising the same | 10/947,513 | September 22, 2004 | |
| Phage Biotechnology Corporation/BiopolyMed, Inc. | Human growth hormone conjugated with biocompatible polymer | 11/187,522 | December 20, 2005 | |

Attachment to Schedule B - Question 22 schedule

Page 1 of 4

## Phage/CVBT Joint Ownership Patents
## U.S. Patents

| Holder | Patent | Patent Number | Issue Date | Expiration |
|---|---|---|---|---|
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides (Recombinant host cells used in first generation Phage technology.) | 6,268,178 | July 31, 2001 | May 25, 2019 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides (First generation Phage methods for producing recombinant proteins and peptides.) | 6,794,162 | September 21, 2004 | May 17, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides (Second generation Phage technology.) | 6,773,899 | August 10, 2004 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Method of Producing Biologically Active Human Acidic Fibroblast Growth Factor and its Use in Promoting Angiogenesis (Methods of producing Cardio Vascu-Grow™.) | 6,642,026 | November 4, 2003 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Method of Producing Biologically Active Human Acidic Fibroblast Growth Factor and its Use in Promoting Angiogenesis (Methods of revascularizing ischemic tissues using Cardio Vascu-Grow™.) | 7,252,818 | August 7, 2007 | August 27, 2023 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Kluyveromyces Strains Metabolizing Cellulosic and Hemicellulosis Materials | 7,344,876 | March 18, 2008 | January 16, 2024 |

Attachment to Schedule B - Question 22 schedule

**Foreign Patents**

| Holder | Country | Patent | Patent Number | Issue Date | Expiration |
|---|---|---|---|---|---|
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Australia | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 2001284914 | May 26, 2006 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Australia | Method of Producing Biologically Active Human Acidic Fibroblast Growth Factor and its Use in Promoting Angiogenesis | 2001288256 | July 13, 2006 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Austria | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Austria | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | E358135 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Belgium | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Belgium | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Switzerland | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Germany | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Germany | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 60127561.6 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Europe | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | March 28, 2007 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Europe | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |

Attachment to Schedule B - Question 22 schedule

| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | France | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| --- | --- | --- | --- | --- | --- |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | France | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | United Kingdom | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | United Kingdom | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Ireland | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Ireland | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Italy | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Korea | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 10-0761486 | September 18, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Liechtenstein | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1180153 | April 13, 2005 | May 24, 2020 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Netherlands | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Spain | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |
| Phage Biotechnology Corporation/ CardioVascular BioTherapeutics, Inc. | Switzerland | Phage-Dependent Super-Production Of Biologically Active Protein And Peptides | 1309604 | March 28, 2007 | August 15, 2021 |

## Attachment to Schedule B - Question 22 schedule

Form B6D - (10/05)

| In re: | | |
|---|---|---|
| **Phage Biotechnology Corporation** | | Case No. **08-09859-LA11** |
| | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. The complete account number of any account of the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 I.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral: also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Last four digits of ACCOUNT NO. | | | | $ | $ |
| | | | Value $ | | | | | |
| | | | | | | | | |
| | | | | | | **Total** | $ 0.00* | |

(Report total also on Summary of Schedules)

---

\* **FOOTNOTE TO SCHEDULE D**
The Debtor has made no determination to date as to whether any of the contracts, termed "leases," in the following listings are true leases or secured financing transactions and, accordingly, reserves all rights with respect to same. The following information is provided for information purposes in this Schedule as well as in Schedule G (Executory Contracts).

_____ Continuation Sheets attached

Form B6E - (4/07)

| In re: | Case No. | |
|---|---|---|
| PHAGE BIOTECHNOLOGY CORPORATION, Debtor | 08-09859-LA11 | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11 U.S.C.§ 507(a)(3).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 18 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals:** Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

**Form B6E - (4/07)**

☐ **Taxes and certain other debts owed to governmental units:** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. §50&(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ Continuation Sheets attached

MAINDOCS-#125020-v1-Phage_ScheduleE.DOC

Form B6E – Contd.
(10/05)

| In re: PHAGE BIOTECHNOLOGY CORPORATION, Debtor | Case No. 08-09859-LA11 (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Amy Montano<br>959 N Cheyene<br>Orange, CA 92869 | | | Last four digits of ACCOUNT NO. | | | | $22,153.85 | $10,950.00 | $11,203.85 |
| Angela Jojkic<br>6608 Pearblossom Lane<br>Las Vegas, NV 89108 | | | Last four digits of ACCOUNT NO. | | | | 4,615.38 | 4,615.38 | 0.00 |
| Daniel Montano<br>2977 Paradise Road<br>Las Vegas, NV 89109 | | | Last four digits of ACCOUNT NO. | | | | 252,923.08 | 10,950.00 | 241,973.08 |
| Donabelle Shepherd<br>5940 Addy Lane<br>North Las Vegas, Nevada 89081 | | | Last four digits of ACCOUNT NO. | | | | 17,465.59 | 10,950.00 | 6,515.59 |

Sheet no. 1 of ____ Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#125020-v1-Phage_ScheduleE.DOC

Form B6E – Contd.
(10/05)

| In re: PHAGE BIOTECHNOLOGY CORPORATION, Debtor | Case No. 08-09859-LA11 (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Wages, Salaries and Commissions</u>
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| John Jacobs<br>1230 Auburn Ave<br>Hummelstown, PA 17036 | | | Last four digits of ACCOUNT NO. | | | | 168,000.00 | 10,950.00 | 157,050.00 |
| Jonathan Chapin<br>PO Box 83765<br>San Diego, CA 92138 | | | | | | | 15,442.31 | 10,950.00 | 4,492.31 |
| Judi Appleman<br>11 Bragg<br>Irvine, CA 92620 | | | | | | | 32,214.70 | 10,950.00 | 21,264.70 |
| Loren King<br>1350 N Town Center, 2055<br>Las Vegas, NV 89144 | | | | | | | 51,346.15 | 10,950.00 | 40,396.15 |

Sheet no. 2 of _____ Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#125020-v1-Phage_ScheduleE.DOC

Form B6E – Contd.
(10/05)

| In re: **PHAGE BIOTECHNOLOGY CORPORATION,** Debtor | Case No. **08-09859-LA11** (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Wages, Salaries and Commissions</u>
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Mingyu Zhang<br>1 Rue De Nicole<br>Foothill Ranch, CA 92610 | | | | | | | 41,348.60 | 10,950.00 | 30,398.60 |
| Patricia Senechal<br>16002 Via Galan<br>Rancho Santa Fe, CA 92091 | | | | | | | 18,307.69 | 10,950.00 | 7,357.69 |
| Raazia Bokhari<br>23272 Dune Mear Rd<br>Lake Forest, CA 92630 | | | | | | | 16,322.00 | 10,950.00 | 5,372.00 |
| Rhonda Mitchell<br>4751 Lone Grove Dr<br>Las Vegas, NV 89139 | | | | | | | 9,230.77 | 9,230.77 | 0.00 |

Sheet no. 3 of _____ Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#125020-v1-Phage_ScheduleE.DOC

Form B6E – Contd.
(10/05)

| In re: PHAGE BIOTECHNOLOGY CORPORATION, Debtor | Case No. 08-09859-LA11 (If known) |
|---|---|

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Steven Disper 22401 Lombardi Laguna Hills, CA 92653 | | | | | | | 53,715.20 | 10,950.00 | 42,765.20 |
| Wei Chen 10646 Huntersglen Dr San Diego, CA 92130 | | | | | | | 72,076.92 | 10,950.00 | 61,126.92 |
| Yanchun Lou 10855 Camnto Cuest San Diego, CA 92131 | | | | | | | 19,615.38 | 10,950.00 | 8,665.38 |
| Yvonne Wu 2151 N Chouteau St Orange, CA 92865 | | | | | | | 51,078.46 | 10,950.00 | 40,128.46 |
| | | | | | | TOTAL | $845,856.08 | $167,146.15 | $678,709.93 |

Sheet no. 4 of _____ Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#125020-v1-Phage_ScheduleE.DOC

Form B6E – Contd.
(10/05)

| In re: | | Case No. | |
|---|---|---|---|
| PHAGE BIOTECHNOLOGY CORPORATION, Debtor | | 08-09859-LA11 (If known) | |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Chief, Special Procedures – Insolvency Sec. Internal Revenue Service PO Box 30213 Laguna Niguel, CA 92607-0213 | | | For notice only | | | | 0.00 | 0.00 |
| City of San Diego Treasurer Police Dept.-Permits & Licensing Attn: Authorized Agent 1401 Broadway San Diego, CA 92101-5729 | | | Last four digits of ACCOUNT NO. | | | | $95.00 | $95.00 |
| San Diego County Treasurer Attn: Authorized Agent 1600 Pacific Hwy, Rm 162 San Diego, CA 92101 | | | Last four digits of ACCOUNT NO. | | | | $6,049.64 | 6,049.64 |
| | | | | | | Total | $6,144.64 | $6,144.64 |

(Report total also on Summary of Schedules)

Sheet no. 3 of 3 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#125020-v1-Phage_ScheduleE.DOC